UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO. 6:25-cr-350-PGB-RMN

MARK LOFTIS

## THE UNITED STATES' WITNESS LIST

1. Arthur Henderson

2. Ashley Bernadeau, HHS-OIG

3. Barbara McCluster

4. Brian Frank, HHS-OIG

5. Charles Kasbee

6. Charles Schwartz

7. Christopher Ciani

8. Daniel Coney[1]

9. Dr. Phil Colmenares[2]

10. Dustin York

---

[1] The Government intends to call Dan Coney, or another qualified witness, to describe Medicare, including rules and regulations governing reimbursement for orthotic braces and other durable medical equipment, telemedicine visits, audits and other reviews, enrollment, and Medicare claims data. The scope of Mr. Coney's anticipated testimony is further described in the Government's expert disclosure, which has been provided to the defense.

[2] The Government intends to call Dr. Phil Colmenares, or another qualified witness, to describe when certain durable medical equipment would be considered medically necessary and properly prescribed under Medicare regulations and standards. The scope of Dr. Colmenares's anticipated testimony is further described in the Government's expert disclosure, which has been provided to the defense.

11. Eric Tracy[3]

12. Jarett Iliff, HHS-OIG

13. Jason Shearn, FBI

14. Keith Parker[4]

15. Kendra Pitts[5]

16. Kristina Shaw

17. Matthew Agnew[6]

18. Melissa Pressley, FBI[7]

19. Michael Silverman

---

[3] The Government intends to call Eric Tracy, or another qualified witness, to describe TRICARE, including rules and regulations governing reimbursement and TRICARE claims data. The scope of Mr. Tracy's anticipated testimony is further described in the Government's expert disclosure, which has been provided to the defense.

[4] The Government intends to call Keith Parker, or another qualified witness, to describe CHAMPVA, including rules and regulations governing reimbursement and CHAMPVA claims data. The scope of Mr. Parker's anticipated testimony is further described in the Government's expert disclosure, which has been provided to the defense.

[5] The Government may call Kendra Pitts, or another qualified witness, to describe HRSA, the Provider Relief Fund and its requirements, and Defendant's receipt of funds and submissions related to the Provider Relief Fund. The scope of Commander Pitts's anticipated testimony is further described in the Government's expert disclosure, which has been provided to the defense.

[6] Defendant has indicated that he intends to raise a good faith reliance on advice of counsel defense and has disclosed that he received advice several attorneys, some of whom were counsel for third parties. The United States has included in its witness list the attorneys it is most likely to call as witnesses at trial should need arise. Defendant also identified the following other attorneys, among others, who the United States may need to call as witness, likely in its rebuttal case, if their advice is invoked by Defendant: Jacqueline Bain, Robert Castle, Jesse Dresser, Rachel Hirsch, Hunter Jamerson, Jonathan Levitt, Richard Merlino, Susan St. John, and Brady T. Wyatt.

[7] The Government intends to call Melissa Pressley, or another witness, to describe the tracing of proceeds through the accounts controlled by the Defendant and financial transactions of relevance to the Indictment based on financial records.

20. Samantha Mahnke

21. Sara Bryson

22. Sargon Audisho

23. Vince Carter

24. William Balsamo

25. William Novack

26. Zeeshan Hayat

27. Custodians of record and bank employees for billing data, financial records, business records, and other documents as necessary[8]


Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

LORINDA LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:   */s/ Catherine Wagner*
      Catherine Wagner
      Acting Assistant Chief
      Florida Special Bar No. A5502410
      Raymond E. Beckering III
      Trial Attorney
      Florida Special Bar No. A5503174
      Criminal Division, Fraud Section
      U.S. Department of Justice
      1400 New York Ave NW

---

[8] Counsel for Defendant has informed the Government that Defendant does not intend to object to the authenticity of the documents identified in the Government's 902(11) notice (but reserves other objections). Nonetheless, the Government may call custodians of records and bank employees, if necessary, based on what occurs at trial.

Washington, DC 20005
Phone: (202) 794-0097
catherine.wagner@usdoj.gov
Phone: (202) 262-8176
raymond.beckering.iii@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for Defendant.

By:    */s/ Catherine Wagner*
Catherine Wagner
Acting Assistant Chief