**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 6:25-CR-350-PGB-RMN** |
| | ) | |
| **MARK LOFTIS** | ) | |

**DEFENDANT'S WITNESS LIST**

Defendant Mark Loftis hereby submits his current witness list, which he may revise after seeing the government's witness list, exhibits, and evidence at trial.

- Dr. Andrew Agbi
- Dr. Sargon Audisho
- Tracy Coenen
- Venise Danda (formerly Venise Jean-Baptiste)
- Dr. Manoj Dhariwal
- John Loftis
- Mark Loftis (the defendant)
- Pauline Loftis
- Richard Merlino
- Brady Wyatt
- Dr. Leonid Zetser

/s/Stephen Chahn Lee
Stephen Chahn Lee (admitted *pro hac vice*)
Law Office of Stephen Chahn Lee, LLC
209 S. LaSalle St, Suite 950
Chicago, IL 60604
312-436-1790
slee@stephenleelaw.com

Andrew C. Searle, Esq.
SEARLE LAW P.A.
200 East Robinson Street, Suite 1150

1

Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com

Attorneys for Defendant