UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 6:25-cr-350-PGB-RMN

MARK LOFTIS

**AMENDED JOINT MOTION TO ALLOW CERTAIN ELECTRONIC
DEVICES INTO THE UNITED STATES COURTHOUSE**

The United States of America, by its undersigned attorneys, hereby respectfully files this motion to allow, during the pendency of the above captioned trial, trial support personnel for both parties to enter the United States Federal Courthouse with certain electronic equipment, including paralegals Bill Staunton, Mohamad Baltaji, Simon Hall, and Matthew McClarnon, as well as federal agents who are assisting the Government trial team.  Each government paralegal and government agent will have a laptop and two cell phones.  Additionally, the government paralegals may collectively have a printer, a scanner, two portable mobile internet devices, and three monitors.  Mr. Staunton will have a laptop computer, cell phone, and an electronic tablet for taking notes.  This will allow the parties to more efficiently coordinate witness scheduling and arrivals and publish exhibits so the proceedings are not delayed by communication or technological difficulties.

Additionally, the parties respectfully ask that during the pendency of the above captioned trial, that the following witnesses disclosed on witness lists,

1

individuals assisting with witness transport, and counsel be permitted to bring their cellular telephones, and for counsel with a bar card laptops, into the United States Federal Courthouse with the understanding that all cellular phones shall be kept in the "vibrate" or "silent" mode and may not be used in the Courtroom:

1. Arthur Henderson
2. Barbara McCluster
3. Charles Kasbee
4. Charles Schwartz
5. Christopher Ciani
6. Daniel Coney
7. David Crowder
8. Dustin York
9. Eric Tracy
10. Joshua Lowther
11. Keith Parker
12. Kendra Pitts
13. Kristina Shaw
14. Matthew Agnew
15. Michael Silverman
16. Nicole McCluster
17. Patrick Schwedler
18. Dr. Phil Colmenares
19. Richard Rice
20. Samantha Mahnke
21. Sara Bryson
22. Sargon Audisho
23. Vince Carter
24. William Balsamo
25. William Novack
26. Zeeshan Hayat

This will allow witnesses to arrange for transportation to and from the Courthouse and to help prevent any scheduling or timing difficulties.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

LORINDA LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:   */s/ Catherine Wagner*
Catherine Wagner
Acting Assistant Chief
Florida Special Bar No. A5502410
Raymond E. Beckering III
Trial Attorney
Florida Special Bar No. A5503174
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave NW
Washington, DC 20005
Phone: (202) 794-0097
catherine.wagner@usdoj.gov
Phone: (202) 262-8176
raymond.beckering.iii@usdoj.gov

*Counsel for the United States*

/s/ Stephen Chahn Lee
Stephen Chahn Lee
Admitted *pro hac vice*
Law Office of Stephen Chahn Lee, LLC
209 S. LaSalle St, Suite 950
Chicago, IL 60604
Telephone: 312-436-1790
Email: slee@stephenleelaw.com

Andrew C. Searle, Esq.
SEARLE LAW P.A.
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com

3

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for Defendant.

By:    */s/ Catherine Wagner*
Catherine Wagner
Acting Assistant Chief

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 24 and July 1, 2026, I conferred with counsel for the Defendant, who joins this motion.

By:    */s/ Catherine Wagner*
Catherine Wagner
Acting Assistant Chief

4