UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:25-cr-350-PGB-RMN

MARK LOFTIS

## **ORDER**

The parties' joint motion to allow certain electronic devices into the United States Courthouse is **GRANTED**.

Accordingly, the trial support personnel for both parties, including paralegals Bill Staunton, Mohamad Baltaji, Simon Hall, and Matthew McClarnon, as well as federal agents who are assisting the government trial team shall be permitted to enter the United States Federal Courthouse for the duration of the jury trial in the above captioned action, commencing on July 6, 2026, with their cellular phones, laptop computers, related electronic equipment, a tablet, a printer, a scanner, two portable mobile internet devices, and three monitors.

Further, for the duration of the jury trial in the above captioned action, commencing on July 6, 2026, the following witnesses disclosed by either party on their filed witness list, individual assisting with witness transport, and counsel shall be permitted to bring their cellular telephone and for counsel with a bar card, laptops into the United States Federal Courthouse:

1. Arthur Henderson
2. Barbara McCluster
3. Charles Kasbee
4. Charles Schwartz

5.  Christopher Ciani

6.  Daniel Coney

7.  David Crowder

8.  Dustin York

9.  Eric Tracy

10. Joshua Lowther

11. Keith Parker

12. Kendra Pitts

13. Kristina Shaw

14. Matthew Agnew

15. Michael Silverman

16. Nicole McCluster

17. Patrick Schwedler

18. Dr. Phil Colmenares

19. Richard Rice

20. Samantha Mahnke

21. Sara Bryson

22. Sargon Audisho

23. Vince Carter

24. William Balsamo

25. William Novack

26. Zeeshan Hayat

**DONE AND ORDERED** in Orlando, Florida on _____ 2026.

_____
Paul G. Byron
United States District Judge