UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 6:25-cr-350-PGB-RMN

MARK LOFTIS

**UNITED STATES' MOTION TO DISMISS
COUNTS 2, 3, AND 4 OF THE INDICTMENT**

The United States of America, by its undersigned attorneys, hereby respectfully moves this Court to dismiss Counts 2, 3, and 4 of the Indictment, with prejudice.

The United States learned new information on June 26, 2026. It disclosed that information to counsel for Defendant the same day and began investigating. Having investigated and considered the new information, the United States believes that Counts 2, 3, and 4 are no longer viable.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

LORINDA LARYEA
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:   */s/ Catherine Wagner*
Catherine Wagner
Acting Assistant Chief
Florida Special Bar No. A5502410
Raymond E. Beckering III
Trial Attorney

Florida Special Bar No. A5503174
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave NW
Washington, DC 20005
Phone: (202) 794-0097
catherine.wagner@usdoj.gov
Phone: (202) 262-8176
raymond.beckering.iii@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to counsel for Defendant.

By:    */s/ Catherine Wagner*
Catherine Wagner
Acting Assistant Chief