

# EXHIBIT LIST

___ **PLAINTIFF**       _X__ **DEFENDANT**      ____ **JOINT**

___ **GOVERNMENT**___ **COURT**

**CASE NO.**      _____

**STYLE:**      _____

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | | 6/8/16 email from Greg Simms to Mark Loftis |
| 2 | | | | | 6/8/16 email from Mark Loftis to Ray Marquez |
| 3 | | | | | 6/15/16 email from Greg Simms to Mark Loftis |
| 4 | | | | | 6/15/16 email from Greg Simms to Mark Loftis |
| 5 | | | | | 6/15/16 email from Greg Simms to Mark Loftis |
| 6 | | | | | 6/15/16 email from Greg Simms to Mark Loftis |
| 7 | | | | | 7/5/16 email from Greg Simms to Mark Loftis |
| 8 | | | | | 7/11/16 email from Greg Simms to Mark Loftis |
| 9 | | | | | 8/11/16 email from Greg Simms to Mark Loftis |
| 10 | | | | | 8/12/16 email from Greg Simms to Mark Loftis |
| 11 | | | | | 8/14/16 email from Greg Simms to Mark Loftis |

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

| EXHIBIT No. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 12 | | | | | 8/30/16 email from Mark Loftis to Greg Simms |
| 13 | | | | | 9/2/16 email from Greg Simms to Mark Loftis |
| 14 | | | | | 9/5/16 email from Greg Simms to Mark Loftis |
| 15 | | | | | 9/21/16 email from Greg Simms to Mark Loftis |
| 16 | | | | | 11/22/16 email from Greg Simms to Mark Loftis |
| 17 | | | | | 12/14/16 email from Mark Loftis to Patricia |
| 18 | | | | | 12/14/16 email from Mark Loftis to Tanja Pittman |
| 19 | | | | | 1/4/17 email from Mark Loftis to David Boyd |
| 20 | | | | | 4/16/17 email from Greg Simms to Mark Loftis |
| 21 | | | | | 6/29/17 email from Mark Loftis to Greg Simms |
| 22 | | | | | 9/21/17 email from Mark Loftis to Greg Simms |
| 23 | | | | | 10/31/17 email from Greg Simms to Mark Loftis |
| 24 | | | | | 12/15/17 email from Greg Simms to Mark Loftis |
| 25 | | | | | 2/27/18 email from Greg Simms to Jimmy Jalil, Mark Loftis, others |
| 26 | | | | | 3/12/18 email from Mark Loftis to Greg Simms |
| 27 | | | | | 3/19/18 email from Mark Loftis to Greg Simms |
| 28 | | | | | 4/5/18 email from Prizm to Mark Loftis |

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 29 | | | | | 3/27/18 email from Jimmy Jalil to Greg Simms, Mark Loftis, Gerald Klapper |
| 30 | | | | | 4/5/18 email from Prizm to Mark Loftis |
| 31 | | | | | 4/6/18 email from Prizm to Mark Loftis |
| 32 | | | | | 4/9/18 email from Prizm to Mark Loftis |
| 33 | | | | | 4/12/18 email from Prizm to Greg Simms, Mark Loftis |
| 34 | | | | | 4/12/18 Voicemail from Greg Simms to Mark Loftis |
| 35 | | | | | 4/15/18 email from Greg Simms to Mark Loftis, others |
| 36 | | | | | 4/15/18 email from Greg Simms to Danielle Laitres, Mark Loftis, Jimmy Jalil |
| 37 | | | | | 4/17/18 email from Prizm to Greg Simms, Mark Loftis |
| 38 | | | | | 4/30/18 email from Greg Simms to Mark Loftis, Jimmy Jalil, others |
| 39 | | | | | 5/1/18 email from Greg Simms to Prizm and Mark Loftis |
| 40 | | | | | 5/18/18 email from Greg Simms to Prizm |
| 41 | | | | | 5/22/18 email from Greg Simms to Prizm, Mark Loftis, Danielle Laitres |
| 42 | | | | | 5/30/18 email from Greg Simms to Prizm, Mark Loftis, Danielle Laitres |
| 43 | | | | | 6/5/18 email from Mark Loftis to Prizm, Greg Simms, Lisa Webb |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 44 | | | | | 6/8/18 email from Greg Simms to Prizm, Mark Loftis, others |
| 45 | | | | | 6/14/18 email from Greg Simms to Prizm, Mark Loftis, others |
| 46 | | | | | 6/27/18 email from Greg Simms to Prizm, Mark Loftis, others |
| 47 | | | | | 7/16/18 email from Prizm to Greg Simms, Mark Loftis, others |
| 48 | | | | | 7/20/18 email from Mitchell Chow to Mark Loftis |
| 49 | | | | | 8/23/18 email from Karina Hayat to Greg Simms |
| 50 | | | | | 9/4/18 email from Greg Simms to Rehab Health, Loftis, others |
| 51 | | | | | 9/4/18 email from Greg Simms to Nataly Rojas/ |
| 52 | | | | | 11/6/18 email from Mitchell Chow to Mark Loftis |
| 53 | | | | | 11/8/18 email from Greg Simms to Mark Loftis |
| 54 | | | | | 11/9/18 email from Mitchell Chow to Mark Loftis |
| 55 | | | | | 11/14/18 email from Greg Simms to Samantha Carlucci, Billy Novack, Mark Loftis |
| 56 | | | | | 11/15/18 email from Greg Simms to Samantha Carlucci, Billy Novack, Mark Loftis, Lisa Webb |
| 57 | | | | | 11/19/18 email from Samantha Carlucci to Mark Loftis, Billy Novack |
| 58 | | | | | 11/19/18 email from Samantha Carlucci to Greg Simms, Billy Novack, Mark Loftis, Pauline Loftis, others |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 59 | | | | | 11/29/18 email from Samantha Carlucci to Greg Simms, Billy Novack, Mark Loftis, Pauline Loftis, others |
| 60 | | | | | 11/30/18 email from Greg Simms to Samantha Carlucci, Billy Novack, Pauline Loftis, Mark Loftis, others |
| 61 | | | | | 12/3/18 email from Greg Simms to Samantha Carlucci, Billy Novack, Lisa Webb, others |
| 62 | | | | | 12/17/18 email from Greg Simms to Samantha Carlucci, Billy Novack, Mark Loftis, others |
| 63 | | | | | 1/20/19 email from Rob Berton to Mark Loftis |
| 64 | | | | | 1/23/19 email from Mark Loftis to Greg Simms |
| 65 | | | | | 1/23/19 email from Mark Loftis to Rob Berton |
| 66 | | | | | 1/31/19 email from Rob Berton to Mark Loftis |
| 67 | | | | | 2/4/19 email from Samantha Carlucci to Greg Simms, Billy Novack, Mark Loftis, Pauline Loftis, others |
| 68 | | | | | 2/7/19 email from Mark Loftis to Bill Balsamo, Rob Berton, DJ Wells |
| 69 | | | | | 2/7/19 email from Greg Simms to Mark Loftis |
| 70 | | | | | 2/9/19 email from Mark Loftis to Bill Balsamo |
| 71 | | | | | 2/10/19 email from Mark Loftis to Greg Simms |

| EXHIBIT No. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 72 | | | | | Article referenced in 2/10/19 email (DX071) |
| 73 | | | | | 2/13/19 email from Mark Loftis to Bill Balsamo |
| 74 | | | | | 2/13/19 email from Mark Loftis to Bill Balsamo |
| 75 | | | | | 2/18/19 email from Mark Loftis to Bill Balsamo |
| 76 | | | | | 2/21/19 email from Mark Loftis to Ryan Brock, Bill Balsamo |
| 77 | | | | | 3/7/19 email from Mark Loftis to Bill Balsamo, Rob Berton, Ryan Brock |
| 78 | | | | | 3/11/19 email from Greg Simms to Chuck Kasbee, Scott Holt, Mark Loftis, others |
| 79 | | | | | 3/15/19 email from Scott Routson to Mark Loftis |
| 80 | | | | | 3/15/19 email from Mark Loftis to Art Geiss |
| 81 | | | | | 3/15/19 email from Art Geiss to Mark Loftis |
| 82 | | | | | 3/15/19 email from Mark Loftis to Art Geiss |
| 83 | | | | | 3/15/19 email from Medtech to Mark Loftis, Art Geiss |
| 84 | | | | | 3/22/19 email from Mark Loftis to Lisa Webb |
| 85 | | | | | 3/24/19 email from Greg Simms to Mark Loftis, John Loftis, another |
| 86 | | | | | 3/24/19 email from Greg Simms to Pauline Loftis, Mark Loftis |
| 87 | | | | | 3/25/19 email from Jeff Cohen to Mark Loftis, Mark Silverman, others |

| EXHIBIT No. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 88 | | | | | 3/25/19 email from Mark Loftis to Jeff Cohen, Michael Silverman, others |
| 89 | | | | | 3/25/19 email from Arthur Henderson to Mark Loftis |
| 90 | | | | | 3/27/19 email from Mark Loftis to Yvette Snow, Art Geiss |
| 91 | | | | | 4/2/19 email from Scott Routson to Mark Loftis, Amanda |
| 92 | | | | | 4/2/19 email from Michael Silverman to Mark Loftis, Jacqueline Bain |
| 93 | | | | | 4/3/19 email from Mark Loftis to Michael Silverman |
| 94 | | | | | 4/3/19 email from Mark Loftis to Art Geiss |
| 95 | | | | | 4/8/19 email from Mark Loftis to Michael Silverman |
| 96 | | | | | 4/9/19 DOJ Press Release |
| 97 | | | | | 4/11/19 email from Mark Loftis to Michael Silverman |
| 98 | | | | | 4/12/19 email from Mark Loftis to Vincent Carter |
| 99 | | | | | 4/19/19 email from Greg Simms to Mark Loftis, Vince Carter, Dustin York |
| 100 | | | | | 4/22/19 email from Mark Loftis to Greg Simms, Dustin York, Vince Carter, Pauline Loftis |
| 101 | | | | | 4/23/19 email from Dan Thompson to Mark Loftis, Chris Ciani |
| 102 | | | | | 4/23/19 email from Michael Silverman to Mark Loftis |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 103 | | | | | 4/23/19 email from Mark Loftis to Michael Silverman |
| 104 | | | | | 4/24/19 email from Greg Simms, Mark Loftis, Dustin York, Vince Carter, Pauline Loftis |
| 105 | | | | | 4/25/19 email from Greg Simms to Lisa Webb, Mark Loftis, others |
| 106 | | | | | 4/25/19 email from Anthony Cipriano to Mark Loftis |
| 107 | | | | | 4/28/19 email from Chris Ciani to Vincent Carter, Mark Loftis, Melissa Berger |
| 108 | | | | | 4/29/19 email from Mark Loftis to Greg Simms |
| 109 | | | | | 4/29/19 email from Greg Simms to Mark Loftis |
| 110 | | | | | 4/29/19 email from Art Geiss to Mark Loftis |
| 111 | | | | | 5/7/19 email from Mark Loftis to Michael Silverman |
| 112 | | | | | 5/8/19 email from Michael Silverman to Mark Loftis |
| 113 | | | | | 5/10/19 email from Yusimy Reyes to Mark Loftis |
| 114 | | | | | 5/23/19 email from Arthur Henderson to Mark Loftis |
| 115 | | | | | 6/1/19 email from Arthur Henderson to Mark Loftis |
| 116 | | | | | 6/10/19 email from Greg Simms to Mark Loftis, Danielle Laitres |
| 117 | | | | | 7/17/19 email from Mark Loftis to Michael Silverman |
| 118 | | | | | 7/23/19 email from Mark Loftis to Michael Silverman |

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 119 | | | | | 7/29/19 email from Mark Loftis to Michael Silverman |
| 120 | | | | | 7/29/19 email from Michael Silverman to Mark Loftis |
| 121 | | | | | 7/30/19 email from Mark Loftis to Michael Silverman |
| 122 | | | | | 8/5/19 email from Mark Loftis to Mitchell Chow |
| 123 | | | | | 8/8/19 email from Mark Loftis to Tim Johnson, Vincent Carter |
| 124 | | | | | 8/12/19 email from Mark Loftis to Vincent Carter, Dustin York |
| 125 | | | | | 8/14/19 email from Mark Loftis to Mitchell Chow |
| 126 | | | | | 8/27/19 email from Mark Loftis to Peter Roussonicolos |
| 127 | | | | | 9/3/19 email from Peter Roussonicolos to Mark Loftis |
| 128 | | | | | 9/4/19 email from Mark Loftis to Rob Castle |
| 129 | | | | | 9/6/19 email from Mark Loftis to Ken Shapiro |
| 130 | | | | | 9/8/19 email from Mark Loftis to Peter Roussonicolos |
| 131 | | | | | 9/9/19 email from Mark Loftis to Peter Roussonicolos |
| 132 | | | | | 9/10/19 email from Michael Silverman to Mark Loftis |
| 133 | | | | | 9/16/19 email from Peter Roussonicolos to Mark Loftis |
| 134 | | | | | Article referenced in 9/16/19 email (DX133) |
| 135 | | | | | 9/17/19 email from Mark Loftis to Peter Roussonicolos |

| EXHIBIT No. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 136 | | | | | 9/19/19 email from Mark Loftis to Michael Silverman |
| 137 | | | | | 9/19/19 email from Mark Loftis to Peter Roussonicolos |
| 138 | | | | | 9/25/19 email from Mark Loftis to Brady Wyatt |
| 139 | | | | | 10/7/19 email from Mark Loftis to Rob Castle |
| 140 | | | | | 10/14/19 email from Mark Loftis to Arthur Henderson |
| 141 | | | | | 10/15/19 email from Mark Loftis to Rob Castle, Matthew Agnew |
| 142 | | | | | 10/15/19 email from Mark Loftis to Matthew Agnew, Rob Castle, Arthur Henderson |
| 143 | | | | | 10/15/19 email from Mark Loftis to Rob Castle, Matthew Agnew |
| 144 | | | | | 10/21/19 email from Mark Loftis to Matthew Agnew |
| 145 | | | | | 10/21/19 email from Mark Loftis to Matthew Agnew |
| 146 | | | | | 10/21/19 email from Matt Agnew to Mark Loftis |
| 147 | | | | | 10/22/19 email from Matt Agnew to Mark Loftis |
| 148 | | | | | 10/22/19 email from Matt Agnew to Mark Loftis, Robert Castle, Arthur Henderson |
| 149 | | | | | 10/29/19 email from Mark Loftis to Matthew Agnew, Rob Castle |
| 150 | | | | | 11/1/19 email from Mark Loftis to Barnes & Thornburg |
| 151 | | | | | 11/4/19 email from Arthur Henderson to Mark Loftis |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 152 | | | | | 11/5/19 email from Prizm to Mark Loftis |
| 153 | | | | | 11/7/19 email from Prizm to Mark Loftis |
| 154 | | | | | 11/11/19 email from Mark Loftis to Prizm |
| 155 | | | | | 11/22/19 email from Prizm to Mark Loftis |
| 156 | | | | | 11/28/19 email from Karina Hayat to Mark Loftis |
| 157 | | | | | 12/2/19 email from Mark Loftis to RC Enterprise |
| 158 | | | | | 12/3/19 email from Mark Loftis to Matthew Agnew |
| 159 | | | | | 12/4/19 email from Mark Loftis to Matthew Agnew |
| 160 | | | | | 12/4/19 email from Matthew Agnew to Mark Loftis |
| 161 | | | | | 12/11/19 email from Mark Loftis to Matthew Agnew |
| 162 | | | | | 12/17/19 email from Mark Loftis to Matthew Agnew |
| 163 | | | | | 12/17/19 email from Lisa Webb to Prizm, Mark Loftis |
| 164 | | | | | 1/13/20 email from Mark Loftis to Matthew Agnew |
| 165 | | | | | 1/13/20 email from Mark Loftis to Michael Silverman |
| 166 | | | | | 1/13/20 email from Matthew Agnew to Mark Loftis |
| 167 | | | | | 1/14/20 email from Mark Loftis to Barnes & Thornburg |
| 168 | | | | | 1/15/20 email from Mark Loftis to Michael Silverman |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 169 | | | | | 1/15/20 email from Mark Loftis to Michael Silverman, Rich Merlino |
| 170 | | | | | 1/15/20 email from Michael Silverman to Mark Loftis, Rich Merlino |
| 171 | | | | | 1/17/20 email from Rich Merlino to Mark Loftis, Michael Silverman |
| 172 | | | | | 1/22/20 email from Art Geiss to Mark Loftis |
| 173 | | | | | 1/22/20 email from Mark Loftis to Michael Silverman |
| 174 | | | | | 1/28/20 email from Mark Loftis to Art Geiss, Medtech |
| 175 | | | | | 2/3/20 email from Mark Loftis to Vincent Carter |
| 176 | | | | | 3/25/20 email from Mark Loftis to Michael Silverman |
| 177 | | | | | 4/10/20 email from UHG/HHS to Mark Loftis |
| 178 | | | | | 4/10/20 email from Mark Loftis to Matt Agnew, Robert Castle |
| 179 | | | | | 4/15/20 email from Michael Silverman to Mark Loftis |
| 180 | | | | | 4/16/20 email from Mark Loftis to Michael Silverman |
| 181 | | | | | 4/16/20 email from UHG/HHS to Mark Loftis |
| 182 | | | | | 4/16/20 email from Michael Silverman to Mark Loftis |
| 183 | | | | | 4/17/20 email from Mark Loftis to Michael Silverman |
| 184 | | | | | 4/28/20 email from UHG/HHS to Mark Loftis |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 185 | | | | | 4/28/20 email from Mark Loftis to Matthew Agnew |
| 186 | | | | | 4/29/20 email from Mark Loftis to Janelle Glidewell |
| 187 | | | | | 6/23/20 email from Matt Agnew to Mark Loftis |
| 201 | | | | | DME Advanta website |
| 202 | | | | | DME Advanta video |
| 203 | | | | | TV Response Group video |
| 211 | | | | | 2/5/18 email from Greg Simms to Mark Loftis |
| 212 | | | | | 2/7/18 email from Mark Loftis to Greg Simms |
| 213 | | | | | 4/25/18 email from Charlotte Branson to Greg Simms, Jimmy Jalil, Mark Loftis, others |
| 214 | | | | | 5/8/18 email from Mark Loftis to Greg Simms |
| 215 | | | | | 5/8/18 email from Greg Simms to Paul Holt, Mark Loftis, others |
| 216 | | | | | 8/7/18 email from Greg Simms to Mark Loftis, others |
| 217 | | | | | 9/24/18 email from John at Trend Med to Greg Simms, Mark Loftis, others |
| 218 | | | | | 10/29/18 email from Drumright Chiropractic to Greg Simms, Mark Loftis, others |
| 219 | | | | | 2/5/19 email from Samantha Carlucci to Greg Simms, Billy Novack, Mark Loftis, Pauline Loftis, others |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 220 | | | | | 4/27/19 email from Lisa Webb to Greg Simms, Mark Loftis, others |
| 221 | | | | | 4/29/19 email to Mark Loftis, others with scan |
| 222 | | | | | 5/13/19 email from Arthur Henderson to Mark Loftis |
| 223 | | | | | 5/13/19 email from Mark Loftis to Arthur Henderson |
| 224 | | | | | 6/25/19 email from Drumright Chiropractic to Greg Simms, Mark Loftis, others |
| 225 | | | | | 6/25/19 email from Drumright Chiropractic to Greg Simms, Mark Loftis, others |
| 226 | | | | | 9/29/18 email from Lisa Webb to Elite Orders, Mark Loftis, others |
| 227 | | | | | MP3 attachment to DX226 |
| 228 | | | | | 9/10/19 email from Lisa Webb to Arthur Henderson, Mark Loftis, Cheyanne Kirby |
| 251 | | | | | 8/6/18 email from Mark Loftis to Greg Simms |
| 252 | | | | | 8/6/18 email from Greg Simms to Mark Loftis, others |
| 253 | | | | | 8/13/18 email from Greg Simms to Cheryl Taylor, Mark Loftis, others |
| 254 | | | | | 8/16/18 email from Greg Simms to Cheryl Taylor, Mark Loftis, others |
| 255 | | | | | 11/7/18 email from Greg Simms to Carolyn McKinney, Mark Loftis |
| 256 | | | | | 11/8/18 email from Greg Simms to Carolyn McKinney, Mark Loftis |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 257 | | | | | 11/14/18 email from Greg Simms to Carolyn McKinney, Lisa Webb, Mark Loftis |
| 258 | | | | | 12/3/18 email to Greg Simms, Mark Loftis with scan |
| 259 | | | | | 2/20/19 email from Lisa Webb to Mark Loftis |
| 260 | | | | | 2/20/19 email from Mark Loftis to Lisa Webb |
| 261 | | | | | 2/21/19 email from Lisa Webb to Carolyn McKinney, Greg Simms, Mark Loftis |
| 262 | | | | | 2/21/19 email from Lisa Webb to Greg Simms, Mark Loftis, Kristel Watson |
| 263 | | | | | 3/25/19 email from Lisa Webb to Mark Loftis |
| 264 | | | | | 3/25/19 email from Mark Loftis to Lisa Webb |
| 265 | | | | | 4/29/19 email from Lisa Webb to Carolyn McKinney, Greg Simms, Mark Loftis |
| 266 | | | | | 5/1/19 email from Lisa Webb to Mark Loftis, Greg Simms, others |
| 267 | | | | | 6/19/19 email from Greg Simms to Mark Loftis, others |
| 268 | | | | | 6/28/19 email from Lisa Webb to Mark Loftis |
| 269 | | | | | 7/1/19 email from Lisa Webb to Greg Simms, Mark Loftis, Danielle Laitres |
| 270 | | | | | 7/2/19 email from Mark Loftis to Lisa Webb |
| 271 | | | | | 7/9/19 email from Lisa Webb to Mark Loftis, others |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 272 | | | | | 7/10/19 email from Lisa Webb to Mark Loftis, others |
| 273 | | | | | 7/16/19 email from Lisa Webb to Mark Loftis, others |
| 274 | | | | | 7/17/19 email from Mark Loftis to Danielle Laitres, Kristel Watson |
| 275 | | | | | 7/22/19 email from Lisa Webb to Mark Loftis, others |
| 276 | | | | | 8/5/19 email from Mark Loftis to Vincent Carter |
| 277 | | | | | 9/3/19 email from Lisa Webb to Carolyn McKinney, Mark Loftis |
| 278 | | | | | 11/12/19 email to Mark Loftis with scan |
| 279 | | | | | 11/12/19 email from Lisa Webb to Mark Loftis |
| 280 | | | | | 1/29/20 email to Mark Loftis with scan |
| 301 | | | | | 2017 tax return |
| 302 | | | | | 2018 tax return |
| 303 | | | | | 2019 tax return |
| 304 | | | | | 2020 tax return |
| 401 | | | | | Summary chart for Medicare payments to BPHS |
| 402 | | | | | Summary chart for top 10 DME referring providers |
| 501 | | | | | Provider Relief Fund Webpage |
| 502 | | | | | Provider Relief Fund Terms and Conditions |