**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

---

CLERK'S MINUTES
**Jury Selection**

---

**Case Number: 6:25-cr-350-PGB-RMN**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**Government's
Counsel:    Catherine Wagner,
Raymond Beckering**

**v.**

**Mark Loftis**

**Defendant.**

**Defense
Counsel:    Stephen Lee, Andrew
Searle**

| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland<br>hylandtranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | July 6, 2026 | Time: | 8:38 AM – 8:53 AM<br>9:22 AM – 10:33 AM<br>10:50 AM – 12:37 PM<br>1:00 PM – 1:10 PM<br>3 hours, 23 minutes |

8:38 AM     Case called. Appearances taken. The parties discussed trial issues. Defendant's Motion for Clarification (Doc 77) is granted. Defense Motion for Disclosure of Grand Jury Proceedings and to Dismiss Count One (Doc 85) is denied. Motion in Limine (Doc.84) is denied. The Rule of Sequestration was invoked.

8:53 AM     Break.

9:22 AM     Jury entered. Case called. Voir dire commenced.

10:33 AM     Jury exited for a break.

- 2 -

| | |
|---|---|
| 10:50 AM | Jury entered. Voir dire resumed. |
| 12:04 PM | Jury panel exited except for jurors 6 and 38. Jurors 6 and 38 were questioned individually. |
| 12:37 PM | Break. |
| 1:00 PM | Court resumed. The parties discussed the remaining jurors. |
| 1:10 PM | Court adjourned to resume jury selection on Tuesday, July 7, 2026 at 9:00 AM. |