**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Jury Trial**

**Case Number: 6:25-cr-350-PGB-RMN**

**UNITED STATES OF AMERICA**

**Plaintiff,**

Government's
Counsel:     Catherine Wagner,
Raymond Beckering

v.

**Mark Loftis**

**Defendant.**

Defense
Counsel:     Stephen Lee, Andrew
Searle

| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland hylandtranscripts@outlook.com Nikki Peters courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | July 7, 2026 | Time: | 9:22 AM – 10:27 AM 10:43 AM – 11:25 AM 11:50 AM – 12:20 PM 1:29 PM – 2:59 PM 3:11 PM – 3:52 PM 4 hours, 28 minutes |

9:22 AM     Case called. Appearances taken. Voir dire commenced.

10:24 AM    Jury exited. The parties discussed trial issues.

10:27 AM    Break.

10:43 AM    Jury entered. Voir dire resumed.

11:25 AM      Break.

11:50 AM      Court resumed. Jury selection began.

12:19 PM      Jury entered. Jury sworn.

12:20 PM      Lunch break.

1:29 PM       Court resumed. Jury entered. Preliminary instructions were read to the jury.

1:49 PM       Catherine Wagner gave opening statements for the Government.

2:22 PM       Stephen Lee gave opening statements for the Defense.

2:59 PM       Jury exited for a break. The parties discussed trial matters. Break.

3:11 PM       Court resumed. Jury entered. Government witness Daniel Coney direct by Catherine Wagner.

3:35 PM       Government exhibit 102 admitted.

3:40 PM       Government exhibits 2-8 admitted.

3:52 PM       Court adjourned for the day to resume at 9:00 AM on Wednesday, July 8, 2026.