**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| CLERK'S MINUTES |
| :---: |
| **Jury Trial** |

**Case Number: 6:25-cr-350-PGB-RMN**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**Mark Loftis**

**Defendant.**

**Government's Counsel:** Catherine Wagner, Raymond Beckering

**Defense Counsel:** Stephen Lee, Andrew Searle

| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland<br>hylandtranscripts@outlook.com<br><br>Nikki Peters<br>courttranscripts@outlook.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | July 9, 2026 | Time: | 8:59 AM – 10:22 AM<br>10:42 AM – 12:03 PM<br>1:04 PM – 2:53 PM<br>3:14 PM – 5:02 PM<br>6 hours, 21 minutes |

8:59 AM    Court resumed. Jury entered. Government witness William Novack direct by Raymond Beckering.

9:18 AM    Government exhibits 626 and 626A admitted.

9:25 AM    Government exhibits 629 and 629A admitted.

9:34 AM    Government exhibits 628 and 628A admitted.

| 9:39 AM | Government exhibit 627 admitted. |
|---|---|
| 9:45 AM | Government exhibits 664 and 664A admitted. |
| 9:52 AM | Government exhibits 641, 643, 644, 646, and 649 admitted. |
| 10:04 AM | Government exhibit 630 admitted. |
| 10:07 AM | Government exhibit 201 admitted. |
| 10:12 AM | Government exhibits 669, 673, 685, and 686 admitted. |
| 10:17 AM | Government exhibit 666 admitted. |
| 10:22 AM | Break. |
| 10:42 AM | Court resumed. The jury entered. Government witness William Novack cross examination by Stephen Lee. |
| 11:45 AM | Defense exhibit 57 admitted. |
| 11:53 AM | Defense exhibit 58 admitted. |
| 12:01 PM | Jury exited for a lunch break. Witness was excused for lunch to return at 1:05 PM. The parties discussed trial issues. |
| 12:03 PM | Break. |
| 1:04 PM | Court resumed. Jury entered. Government witness William Novack cross examination by Stephen Lee resumed. |
| 1:13 PM | Defense exhibit 59 admitted. |
| 1:16 PM | Defense exhibit 62 admitted. |
| 1:26 PM | Government witness William Novack redirect by Raymond Beckering. |
| 1:33 PM | Government exhibit 639 admitted. |
| 1:39 PM | Government witness Barbara McCluster direct by Catherine Wagner. |
| 1:49 PM | Government witness Barbara McCluster cross examination by Andrew Searle. |
| 1:54 PM | Government witness Sara Bryson direct by Catherine Wagner. |
| 2:04 PM | Government witness Sara Bryson cross examination by Andrew Searle. |

| | |
|---|---|
| 2:09 PM | Government witness Sara Bryson redirect by Catherine Wagner. |
| 2:10 PM | Government witness Dr. Phil Colmenares direct by Raymond Beckering. |
| 2:21 PM | Evidence stipulation read to the jury. |
| 2:22 PM | Government exhibit 316 admitted. |
| 2:43 PM | Government exhibit 411 admitted. |
| 2:50 PM | Government exhibit 415 admitted. |
| 2:53 PM | Break. |
| 3:14 PM | Court resumed. Jury entered. Government witness Dr. Phil Colmenares direct by Raymond Beckering resumed. Government exhibit 416 admitted. |
| 3:47 PM | Government exhibit 409 admitted. |
| 4:19 PM | Government exhibit 406 admitted. |
| 4:21 PM | Government witness Dr. Phil Colmenares cross examination by Stephen Lee. |
| 4:58 PM | Government witness Dr. Phil Colmenares redirect by Raymond Beckering. |
| 5:02 PM | Jury exited to return at 9am on Friday, July 10, 2026. Court adjourned. |