**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Jury Trial**

**Case Number: 6:25-cr-350-PGB-RMN**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Government's Counsel:** Catherine Wagner, Raymond Beckering |
| **Plaintiff,** | |
| **v.** | |
| **Mark Loftis** | **Defense Counsel:** Stephen Lee, Andrew Searle |
| **Defendant.** | |

| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland hylandtranscripts@outlook.com  Nikki Peters courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | July 10, 2026 | Time: | 9:01 AM – 10:35 AM 10:58 AM – 11:53 AM 1:06 PM – 2:54 PM 3:18 PM – 5:09 PM 6 hours, 18 minutes |

9:01 AM    Court opened. The parties discussed evidence issues.

9:05 AM    Jury entered. Government witness Samantha Mahnke direct by Raymond Beckering.

9:47 AM    Government exhibit 632 admitted.

9:50 AM    Government exhibit 633 admitted.

| | |
|---|---|
| 9:55 AM | Government exhibit 637 admitted. |
| 9:57 AM | Government exhibit 637A admitted. |
| 10:07 AM | Government exhibit 648 admitted. |
| 10:09 AM | Government exhibit 650 admitted. |
| 10:10 AM | Government exhibit 651 admitted. |
| 10:12 AM | Government exhibit 665 admitted. |
| 10:15 AM | Government exhibit 670 admitted. |
| 10:17 AM | Government exhibit 680 admitted. |
| 10:22 AM | Government exhibit 645 admitted. |
| 10:27 AM | Government exhibit 653 admitted. |
| 10:30 AM | Government exhibit 668 admitted. |
| 10:32 AM | Government exhibit 671 admitted. |
| 10:35 AM | Break. |
| 10:56 AM | Court resumed. Cross examination of Government witness Samantha Mahnke by Stephen Lee. |
| 11:53 AM | Break. |
| 1:06 PM | Court resumed. Jury entered. Cross examination of Government witness Samantha Mahnke by Stephen Lee continued. |
| 1:11 PM | Redirect examination of Government witness Samantha Mahnke by Raymond Beckering. |
| 1:14 PM | Direct examination of Government witness Zeeshan Hayat by Catherine Wagner. |
| 1:34 PM | Government exhibit 501 admitted. |
| 1:41 PM | Government exhibit 503 admitted. |
| 1:46 PM | Government exhibits 500, 500A, 500B, 500C, and 500D admitted. |
| 2:01 PM | Government exhibit 513 admitted. |

| | |
|---|---|
| 2:09 PM | Government exhibits 504 and 504A admitted. |
| 2:14 PM | Government exhibits 900, 900A, 900B, and 900C admitted. |
| 2:34 PM | Government exhibits 507, 507A-507E admitted. |
| 2:46 PM | Government exhibit 518 admitted. |
| 2:54 PM | Government exhibits 515, 896, 898, 899 admitted. |
| 2:54 PM | Break. |
| 3:18 PM | Court resumed. Jury entered. Direct examination of Government witness Zeeshan Hayat resumed. |
| 3:29 PM | Government exhibit 523 admitted. |
| 3:37 PM | Government exhibits 525 and 526 admitted. |
| 3:49 PM | Government exhibit 531 admitted. |
| 3:52 PM | Government exhibits 530A-530E admitted. |
| 4:04 PM | Government exhibit 517 admitted. |
| 4:06 PM | Government exhibits 508, 508A, and 508B admitted. |
| 4:08 PM | Government exhibit 202 admitted. |
| 4:12 PM | Government exhibit 533 admitted. |
| 4:25 PM | Government exhibit 897 admitted. |
| 4:26 PM | Cross examination of Government witness Zeeshan Hayat by Stephen Lee. |
| 4:57 PM | Jury excused for the day to return Monday, July 13, 2026 at 9:00 AM. Witness excused for the evening to return Monday, July 13, 2026 at 9:00 AM. The parties discussed trial issues. |
| 5:09 PM | Court adjourned. |