**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| CLERK'S MINUTES |
| --- |
| **Jury Trial** |

**Case Number: 6:25-cr-350-PGB-RMN**

| **UNITED STATES OF AMERICA** | | Government's Counsel: | Catherine Wagner, Raymond Beckering |
| --- | --- | --- | --- |
| | **Plaintiff,** | | |
| **v.** | | | |
| **Mark Loftis** | | **Defense** | |
| | **Defendant.** | **Counsel:** | **Stephen Lee, Andrew Searle** |

| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland hylandtranscripts@outlook.com Nikki Peters courttranscripts@outlook.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | July 13, 2026 | Time: | 9:02 AM – 10:37 AM 10:51 AM – 12:03 PM 1:05 PM – 3:04 PM 3:25 PM – 5:00 PM 6 hours, 21 minutes |

9:02 AM    Court resumed. Cross examination of Government witness Zeeshan Hayat by Stephen Lee resumed.

9:07 AM    Defense exhibit 30 admitted.

10:07 AM    Defense exhibit 39 admitted.

10:29 AM    Jury and witness exited for a break. The parties discussed defense exhibit 40.

| | |
|---|---|
| 10:37 AM | Break. |
| 10:51 AM | Court resumed. Jury entered. Cross examination of Government witness Zeeshan Hayat by Stephen Lee resumed. |
| 11:17 AM | Defense exhibit 48 admitted. |
| 11:26 AM | Defense exhibit 52 admitted. |
| 12:02 PM | Defense exhibit 153 admitted. Jury exited for lunch break. |
| 12:03 PM | Break. |
| 1:05 PM | Court resumed. Jury entered. Cross examination of Government witness Zeeshan Hayat resumed. |
| 1:36 PM | Redirect of Government witness Zeeshan Hayat by Catherine Wagner. |
| 2:10 PM | Direct of Government witness Eric Tracy by Raymond Beckering. |
| 2:21 PM | Government exhibit 104 admitted. |
| 2:22 PM | Government exhibit 13 admitted. |
| 2:24 PM | Cross examination of Government witness Eric Tracy by Andrew Searle. |
| 2:42 PM | Redirect examination of Government witness Eric Tracy by Raymond Beckering. |
| 2:46 PM | Direct examination of Government witness Keith Parker by Raymond Beckering. |
| 2:58 PM | Government exhibits 100 and 12 admitted. |
| 2:59 PM | Cross examination of Government witness Keith Parker by Andrew Searle. |
| 3:03 PM | Redirect examination of Government witness Keith Parker by Raymond Beckering. |
| 3:04 PM | Break. |
| 3:25 PM | Court resumed. Jury entered. Direct examination of Government witness Charles Kasbee by Catherine Wagner. |
| 3:33 PM | Government exhibit 756 admitted. |

- 3 -

| | |
|---|---|
| 3:43 PM | Government exhibit 760 admitted. |
| 3:53 PM | Government exhibit 757 admitted. |
| 4:12 PM | Government exhibits 755A-755V admitted. |
| 4:24 PM | Government exhibits 762, 762 A, 762B, 763 and 763A admitted. |
| 4:32 PM | Government exhibits 764, 764 A and 764B are admitted. |
| 4:34 PM | Government exhibit 761 admitted. |
| 4:35 PM | Cross examination of Government witness Charles Kasbee by Stephen Lee. |
| 5:00 PM | Court adjourned to resume at 9:00 AM on Tuesday, July 14, 2026. |