UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO. 6:25-cr-00350-PGB-RMN

MARK LOFTIS

## VERDICT FORM

The parties agree on the following verdict form except that the Government believes "Guilty" should be on the left and "Not Guilty" on the right, while Defendant believes "Not Guilty" should be on the left and "and Guilty should be on the right"

## GOVERNMENT'S PROPOSED VERDICT FORM

We, the jury, unanimously find as follows as to the charges against Defendant

Mark Loftis:

1.  As to Count 1, conspiracy to commit health care fraud and wire fraud,

_____                                    _____
   **GUILTY**                                            **NOT GUILTY**

If your verdict is Guilty, answer the next question:

We, the jury, unanimously find the following to be the Objects of the Conspiracy (choose one):

_____ Health Care Fraud

_____ Wire Fraud

_____ Both Health Care Fraud and Wire Fraud

**SO SAY WE ALL**

**Signed:** _____
**FOREPERSON OF THE JURY**

**Dated:** _____, 2026

## DEFENDANT'S PROPOSED VERDICT FORM

We, the jury, unanimously find as follows as to the charges against Defendant Mark Loftis:

2.  As to Count 1, conspiracy to commit health care fraud and wire fraud,

_____                    _____
**NOT GUILTY**                    **GUILTY**

If your verdict is Guilty, answer the next question:

We, the jury, unanimously find the following to be the Objects of the Conspiracy (choose one):

_____    Health Care Fraud

_____    Wire Fraud

_____    Both Health Care Fraud and Wire Fraud

**SO SAY WE ALL**

**Signed:**        _____
                   **FOREPERSON OF THE JURY**

**Dated:**        _____, 2026

2

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

LORINDA LARYEA
Chief, Fraud Section
United States Department of Justice
Fraud Section, Criminal Division

By:   */s/ Catherine Wagner*
Catherine Wagner
Acting Assistant Chief
Florida Special Bar No. A5502410
Raymond Beckering III
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave NW
Washington, DC 20005
Phone: (202) 794-0097
Email: catherine.wagner@usdoj.gov
Phone No.: (202) 262-8176
Email: Raymond.Beckering.III@usdoj.gov

*Counsel for the United States*

/s/ Stephen Chahn Lee
Stephen Chahn Lee
Admitted *pro hac vice*
Law Office of Stephen Chahn Lee, LLC
209 S. LaSalle St, Suite 950
Chicago, IL 60604
Telephone: 312-436-1790
Email: slee@stephenleelaw.com

Andrew C. Searle, Esq.
SEARLE LAW P.A.
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com

*Counsel for Defendant*

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 13 and 14, 2026, I conferred with counsel for Defendant, whose objections to these instructions are noted above.

By:   */s/ Catherine Wagner*
Catherine Wagner

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

By:   */s/ Catherine Wagner*
Catherine Wagner