**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| CLERK'S MINUTES |
| --- |
| **Jury Trial** |

**Case Number: 6:25-cr-350-PGB-RMN**

| | | | |
| --- | --- | --- | --- |
| **UNITED STATES OF AMERICA** | | Government's Counsel: | Catherine Wagner, Raymond Beckering |
| | **Plaintiff,** | | |
| **v.** | | | |
| **Mark Loftis** | | **Defense** | |
| | **Defendant.** | **Counsel:** | **Stephen Lee, Andrew Searle** |

| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland hylandtranscripts@outlook.com Nikki Peters courttranscripts@outlook.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | July 16, 2026 | Time: | 9:03 AM – 9:43 AM 9:55 AM – 12:13 PM 1:19 PM – 3:27 PM 3:49 PM – 5:00 PM 6 hours, 17 minutes |

9:03 AM    Court resumed. Jury entered. The government rested. Jury exited. Defense counsel moves for a Judgment of Acquittal. The motion was denied. The Court addressed the defendant regarding his decision to testify. The defendant stated he will testify.

9:43 AM    Break.

9:55 AM    Court resumed. Jury entered. Direct examination of defendant Mark Loftis by Stephen Lee.

- 2 -

11:03 AM     Defense exhibit 16 admitted.

11:46 AM     Defense exhibit 23 admitted.

12:13 PM     Break.

1:19 PM      Court resumed. Jury entered. Direct examination of defendant Mark Loftis by Stephen Lee resumed.

1:29 PM      Defense exhibit 26 admitted.

2:38 PM      Jury exited. Parties discussed Defense exhibit 40.

2:50 PM      Jury entered. Direct examination of defendant Mark Loftis by Stephen Lee resumed.

3:27 PM      Break.

3:49 PM      Court resumed. Jury entered. Direct examination of defendant Mark Lofits by Stephen Lee resumed.

3:59 PM      Defense exhibit 255 admitted.

4:50 PM      Jury excused for the evening. The parties discussed defense exhibit 69.

5:00 PM      Court adjourned to resume at 9:00 AM on Friday, July 17, 2026.