**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Jury Trial**

**Case Number: 6:25-cr-350-PGB-RMN**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Government's Counsel:**   Catherine Wagner, **Raymond Beckering** |
| **Plaintiff,** | |
| **v.** | |
| **Mark Loftis** | **Defense** |
| **Defendant.** | **Counsel:**   Stephen Lee, Andrew **Searle** |

| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland hylandtranscripts@outlook.com Nikki Peters courttranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | July 17, 2026 | Time: | 9:03 AM – 10:27 AM 10:50 AM – 12:20 PM 1:23 PM – 2:38 PM 2:52 PM – 4:14 PM 4:32 PM – 5:45 PM 6 hours, 44 minutes |

9:03 AM     Court resumed. Jury entered. Direct examination of defendant Mark Loftis by Stephen Lee resumed.

9:05 AM     Defense exhibit 69 admitted.

9:32 AM     Defense exhibits 92, 102, 111, and 173 admitted.

9:45 AM     Defense exhibit 263 admitted.

| | |
|---|---|
| 10:27 AM | Break. |
| 10:50 AM | Court resumed. Jury entered. Direct examination of defendant Mark Loftis by Stephen Lee resumed. |
| 12:16 PM | Defense exhibits 301, 302, 303, and 304 admitted. |
| 12:20 PM | Break. |
| 1:23 PM | Court resumed. Jury entered Cross examination of defendant Mark Loftis by Catherine Wagner. |
| 2:20 PM | Government exhibit 203 admitted. |
| 2:38 PM | Break. |
| 2:52 PM | Court resumed. Jury entered Cross examination of defendant Mark Loftis by Catherine Wagner resumed. |
| 3:55 PM | Government exhibit 883 admitted. |
| 4:04 PM | Defense exhibit 73 admitted. |
| 4:12 PM | Government exhibits 574 and 574A-I are admitted. |
| 4:14 PM | Jury excused to return on Monday, July 20, 2026 at 9:00 AM. Break. |
| 4:32 PM | Court resumed. The parties discussed the proposed verdict form and jury instructions. |
| 5:45 PM | Court adjourned. |