**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Jury Trial**

**Case Number: 6:25-cr-350-PGB-RMN**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**Mark Loftis**

**Defendant.**

**Government's Counsel:** Catherine Wagner, **Raymond Beckering**

**Defense Counsel:** Stephen Lee, Andrew Searle

| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland hylandtranscripts@outlook.com Nikki Peters courttrancripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | July 20, 2026 | Time: | 9:03 AM – 11:02 AM 11:20 AM – 11:52 AM 12:50 PM – 2:36 PM 2:51 PM – 5:02 PM 6 hours, 28 minutes |

9:03 AM     Court resumed. Jury entered. Cross examination of defendant Mark Loftis by Catherine Wagner resumed.

9:39 AM     Government exhibits 578 and 579 admitted.

10:17 AM    Redirect examination of defendant Mark Loftis by Stephen Lee.

10:56 AM    Defense exhibit 72 admitted.

- 2 -

| | |
|---|---|
| 11:02 AM | Break. |
| 11:20 AM | Court resumed. Jury entered. Redirect examination of defendant Mark Lofits by Stephen Lee resumed. |
| 11:32 AM | Direct examination of defense witness Tracy Coenen by Stephen Lee. |
| 11:39 AM | Cross examination of defense witness Tracy Coenen by Catherine Wagner. |
| 11:44 AM | Redirect examination of defense witness Tracy Coenen by Stephen Lee. |
| 11:47 AM | Defense rests. Jury exits. Defense renews his motion for JOA. Motion is denied for previously stated. The parties discussed trial issues. |
| 11:52 AM | Defense exhibit 73 is withdrawn. |
| 11:52 AM | Break. |
| 12:50 PM | Court resumed. |
| 12:52 PM | Jury entered. The Court read the jury instructions to the jury. |
| 1:21 PM | Raymond Beckering gave closing argument for the Government. |
| 2:36 PM | Break. |
| 2:51 PM | Court resumed. Stephen Lee gave closing arguments for the defense. |
| 4:32 PM | Catherine Wagner gave rebuttal closing arguments for the Government. |
| 5:02 PM | The jury retired to deliberate. |
| 5:16 PM | Jury is excused for the evening to return on Tuesday, July 21, 2026 at 9:00 AM to continue deliberations. |