**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| CLERK'S MINUTES |
| :---: |
| **Jury Trial** |

**Case Number: 6:25-cr-350-PGB-RMN**

---

**UNITED STATES OF AMERICA**                Government's
                                            Counsel:      Catherine Wagner,
            **Plaintiff,**                  Raymond Beckering


**v.**

**Mark Loftis**                             Defense
            **Defendant.**                  Counsel:      Stephen Lee, Andrew
                                            Searle


| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland hylandtranscripts@outlook.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | July 21, 2026 | Time: | 10:52 AM – 10:59 AM 7 minutes |

9:00 AM    The Court ordered the Jury Department to order lunch for the jurors.

10:52 AM   Court resumed. Jury entered. Verdict in favor of the Government and against defendant Mark Loftis. The jury was polled at the request of the defense.

10:59 AM   Jury exited. Sentencing is set for October 7, 2026 at 10:00 AM. The defendant is remanded pending sentencing.

10:59 AM   Court adjourned.