UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 6:25-cr-00350-PGB-RMN

MARK LOFTIS

### VERDICT

We, the jury, unanimously find as follows as to the charges against Defendant

Mark Loftis:

1.  As to Count 1, conspiracy to commit health care fraud and wire fraud,

\_\_\_✓\_\_\_                              _____
**GUILTY**                            **NOT GUILTY**

If your verdict is Guilty, answer the next question:

We, the jury, unanimously find the following to be the Objects of the
Conspiracy (choose one):

_____  Health Care Fraud

\_\_\_✓\_\_  Wire Fraud

\_\_✓\_\_\_  Both Health Care Fraud and Wire Fraud

**SO SAY WE ALL, this** *21* **day of July, 2026**

