**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO. 6:25-cr-350-PGB-RMN**

**MARK LOFTIS**

**UNITED STATES' UNOPPOSED MOTION TO SEAL**
**GOVERNMENT TRIAL EXHIBIT**

The United States of America, by its undersigned attorneys, hereby respectfully files this motion for an order allowing the Government to file Government Exhibit 316 containing protected information under seal. Local Rule 3.07 provides that, "[a]t the end of a trial or an evidentiary hearing, each party must deliver to the clerk an electronic version of (1) each documentary, audio, or video exhibit and (2) a photograph or reproduction of each non-documentary tangible exhibit." Local Rules of the United States District Court for the Middle District of Florida, Rule 3.07(c) (Nov. 1, 2025). However, the Federal Rules of Criminal Procedure require certain personal and financial information to be redacted before filing, including the last four digits of the social-security number, the year of birth, the last four digits of the financial-account number, and the city and state of the home address. Fed. R. Crim. P. 49.1(a). As such, "[t]he Court may order that a filing be made under seal without redaction." *Id.* at 49.1(d).

The Government previously identified exhibits that could be filed without any redactions and provided the Court copies of exhibits with redactions. Government Exhibit 316 is a compilation of 604-pages of doctors' orders and other medical records that contain large amounts of sensitive personal and health information. Although a version with

some redactions was shown at trial, the exhibit still contains sensitive information, including Medicare beneficiaries' names, part of their addresses, part of their dates of birth, their height and weight, their waist and shoe size, their medications, their past injuries and surgeries, their allergies, and a purported description of their then medical condition. It also contains the address, phone number, and NPI of the prescribing doctor or nurse practitioner. Redacting this exhibit would obscure the contents of the exhibit and due to its length, be impractical. The Government seeks an order allowing the Government to file this exhibit under seal so the record contains all of the information contained in the exhibit shown at trial while protecting the sensitive information therein. The Defendant does not oppose this motion.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

LORINDA LARYEA
Chief, Fraud Section
United States Department of Justice
Fraud Section, Criminal Division

By: */s/ Catherine Wagner*

Catherine Wagner
Acting Assistant Chief
Florida Special Bar No. A5502410
Raymond E. Beckering III
Trial Attorney
Florida Special Bar No. A5503174
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave NW
Washington, DC 2005
Phone: (202) 794-0097
Email: catherine.wagner@usdoj.gov
Phone: (202) 262-8176
raymond.beckering.iii@usdoj.gov

**CERTIFICATE OF CONFERENCE**

I hereby certify that on August 14, 2026, I meet and conferred with counsel for the Defendant, who is not opposed to this motion.

*/s/ Catherine Wagner*
Catherine Wagner
Acting Assistant Chief

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to defense counsel.

*/s/ Catherine Wagner*
Catherine Wagner
Acting Assistant Chief