UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 6:25-CR-350-PGB-RMN
)
MARK LOFTIS, )
)
Defendant. )
)

## DEFENDANT'S NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, Mark Loftis, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's judgment and sentence entered in this matter on October 8, 2026 (Doc. 164), and any and all pre-trial, trial, and post-trial rulings that produced or are related to the Judgment.

Respectfully submitted this 20th day of October, 2026.

*/s/ Stephen Chahn Lee*
Stephen Chahn Lee (admitted *pro hac vice*)
Law Office of Stephen Chahn Lee, LLC
209 S. LaSalle St, Suite 950
Chicago, IL 60604
312-436-1790
slee@stephenleelaw.com
Attorney for Defendant Mark Loftis

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Stephen Chahn Lee*
Stephen Chahn Lee (admitted *pro hac vice*)
Law Office of Stephen Chahn Lee, LLC
209 S. LaSalle St, Suite 950
Chicago, IL 60604
312-436-1790
slee@stephenleelaw.com
Attorney for Defendant Mark Loftis